UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYNALDO PEREZ,
                         Plaintiff,

-v-

SUPERINTENDENT WILLIAM LEE,
                         Defendant.

14-CV-5763 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to submit a status letter on or before March 5, 2020. So ordered.

    SO ORDERED.

Dated: February 19, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge