UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REYNALDO PEREZ,

                Petitioner,

-v-

SUPERINTENDENT WILLIAM LEE,

                Respondent.

14-CV-5763 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Petitioner's motion at Docket Number 64 is granted as unopposed. The Respondent is directed to produce Steven Kartagener, Esq., for an oral deposition by Plaintiff on or before February 11, 2022. The Court approves funding pursuant to the Criminal Justice Act for the necessary expenses of the deposition, including recording and transcription. The parties shall submit a further joint status update letter on or before February 18, 2022.

    SO ORDERED.

Dated: January 13, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge